CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
PROBULK CARRIERS LTD.
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PROBULK CARRIERS LTD.,

                Plaintiff,

      v.

ISPAT INDUSTRIES LTD.,

                Defendant.
------------------------------------------------------------X

**07 CIV 9904**

**RULE 7.1 STATEMENT**

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff, PROBULK CARRIERS LTD., certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated: Port Washington, New York
       November 8, 2007

                                      CHALOS, O'CONNOR & DUFFY, LLP
                                      Attorneys for Plaintiff

              By: _____
                                      Owen F. Duffy (OD-3144)
                                      George E. Murray (GM-4172)
                                      366 Main Street
                                      Port Washington, New York 11050
                                      Tel: (516) 767-3600
                                      Fax: (516) 767-3605