CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
PROBULK CARRIERS LTD.
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PROBULK CARRIERS LTD.,

                Plaintiff,

    v.                                               07 CV 9904 (JFK)

ISPAT INDUSTRIES LTD.,                         **ORDER FOR ISSUANCE
                                                           OF A PROCESS OF
                                                           MARITIME ATTACHMENT**

                Defendant.
------------------------------------------------------------------X

        Upon reading the First Amended Verified Complaint requesting issuance of Process of Maritime Attachment and Garnishment, and the Affidavit of Owen F. Duffy, Esq. attached thereto, and the Court finding that the conditions for an attachment under Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims Admiralty to the Federal Rules of Civil Procedure appear to exist, it is this day, by the United States District Court for the Southern District of New York, hereby

        **ORDERED** that the Clerk shall issue a First Amended Process of Maritime Attachment and Garnishment as prayed for in the First Amended Verified Complaint; and it is further

        **ORDERED** that the First Amended Process of Attachment issued by the Clerk shall be against all property, tangible or intangible, including funds, goods, chattels,

credits, effects, debts owned by or owed to the Defendant ISPAT INDUSTRIES LTD. or monies to be paid to discharge a debt owed to the Defendant, including monies being electronically transferred by or to ISPAT INDUSTRIES LTD. which are in the possession or control of, or being transferred through any garnishee within this District, including, without limitation, property held by or in the possession or control of the following garnishee(s):

1. American Express Bank Ltd.
   c/o Zeichner Ellman & Krause, LLP
   Legal Counsel for Bank of America
   575 Lexington Avenue, 10th floor
   New York, New York 10022

2. Bank of America, National Association
   c/o Zeichner Ellman & Krause, LLP
   Legal Counsel for Bank of America, N.A.
   575 Lexington Avenue, 10th floor
   New York, New York 10022

3. Bank of India
   277 Park Avenue, 1st Floor
   New York, New York

4. Bank of New York
   120 Broadway, 19th Floor
   New York, New York

5. Citibank, N.A.
   Legal Service Intake Unit
   1 Court Square, 7th Floor
   Long Island City, NY 11120

6. Deutsche Bank Trust Company Americas
   60 Wall Street
   New York, New York 10005

7. HSBC Bank U.S.A., National Association
   452 Fifth Avenue
   New York, New York

8. JPMorgan Chase Bank, National Association
   One Chase Manhattan Plaza
   New York, New York 10081

9. Standard Chartered Bank
   One Madison Avenue
   New York, NY 10010

10. State Bank of India
    460 Park Avenue
    New York, New York 10022

11. UBS AG
    299 Park Avenue
    New York, New York, 10017

12. Wachovia Bank, National Association
    11 Penn Plaza
    New York, New York 10001

or any of their affiliates and any other garnishee(s) within this district upon whom a copy of the First Amended Process of Maritime Attachment and Garnishment herein may be served, in an amount up to the amount sued for, *i.e.*, $1,023,580.82, it is further

**ORDERED** that any person claiming an interest in the property attached or garnished pursuant to said Order shall, upon application to the Court, be entitled to a prompt hearing at which the plaintiff shall be required to show why the attachment and garnishment should not be vacated or other relief granted, and it is further

**ORDERED** that a copy of this Order be attached to and served with the said First Amended Process of Maritime Attachment and Garnishment, and it is further

**ORDERED** that pursuant to Fed. R. Civ. P., Supplemental Rules for Certain Admiralty and Maritime Claims, Rule B(1)(d)(ii)(C), the Writ of Attachment may be served by any person, who is not less than 18 years old, and who is not a party to this action, and it is further

**ORDERED** that service on any garnishee(s) (i.e. any original garnishee or any garnishee herein) is deemed to be effective and continuous service throughout the remainder of the day upon which such service is made commencing from the time of such service through the opening of the garnishee's business the next business day, and it is further

**ORDERED** that pursuant to Federal Rule of Civil Procedure 5(b)(2)(D), that following initial service upon any garnishee by the United States Marshal or any other person designated by Order to make service in this action, supplemental service of the First Amended Process of Maritime Attachment and Garnishment shall thereafter be made by way of service of a copy of the First Amended Process of Maritime Attachment and Garnishment via facsimile transmission or other verifiable electronic means, including e-mail, to each garnishee so personally served, and it is further

**ORDERED** that supplemental process enforcing this Order may be issued by the Clerk and served without further Order of the Court.


Dated: New York, New York
       February, 1, 2008

                                          SO ORDERED:

                                          _____
                                          Hon. John F. Keenan, U. S. D. J.