CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
PROBULK CARRIERS LTD.
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
PROBULK CARRIERS LTD.,

                Plaintiff,

    v.

ISPAT INDUSTRIES LTD.,

                Defendant.
-------------------------------------------------------------X

07 CV 9904 (JFK)

**ORDER APPOINTING
A SPECIAL PROCESS
SERVER**

    An application having been made by Plaintiff for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

    NOW, on reading and filing the affidavit of Owen F. Duffy, sworn to the 31st day of January, 2008, and good cause having been shown, it is hereby

    **ORDERED**, that any associate, agent or paralegal of Chalos, O'Connor & Duffy, LLP be and is hereby appointed, in addition to the United States Marshal, to serve the First Amended Process of Maritime Attachment and Garnishment and First Amended Verified Complaint upon the garnishee(s) listed in the First Amended Verified Complaint, together with any other garnishee(s) who, based upon information developed subsequent hereto by the Plaintiff, may hold assets for, or on account of, the Defendant, ISPAT INDUSTRIES LTD.

Dated: New York, New York
       February, 1, 2008

SO ORDERED:

_____
Hon. John F. Keenan, U. S. D. J.