UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-9-09
```

-----------------------------------X

PROBULK CARRIERS LTD.,                 :

       Plaintiff,                      :

                          07 CV 9904 (JFK)

  - v. -                                :

                          **Order**

ISPAT INDUSTRIES LTD.,                 :

       Defendant.                      :

-----------------------------------X

**JOHN F. KEENAN, United States District Judge:**

The Court will hear oral argument on Defendant's motion for an order requiring countersecurity on July 28, 2009, at 9:30 a.m. in courtroom 20-C.

**SO ORDERED.**

**Dated:   New York, New York**

       July 9 , 2009

                                     **JOHN F. KEENAN**

                           **United States District Judge**